**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6691

EDWARD LEE SHENK,

Petitioner - Appellant,

versus

LARRY JARVIS, Warden, Bland Correctional Center,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CA-01-661)

Submitted: June 20, 2002                    Decided: July 3, 2002

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Edward Lee Shenk, Appellant Pro Se. Amy L. Marshall, THOMAS H. ROBERTS & ASSOCIATES, P.C., Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Lee Shenk seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Shenk v. Jarvis, No. CA-01-661 (W.D. Va. Mar. 29, 2002). We also deny Shenk's motion "To Disallow Further Argument By Respondent and To Carry To Decision In Favor Of Petitioner." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED